**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNLIMITED WIRELESS COMMUNICATIONS, INC., ET AL.** <br><br> Plaintiffs, <br><br> v. <br><br> **THE HARTFORD FINANCIAL SERVICES GROUP, INC., ET AL.** <br><br> Defendants. | Case No.: 5:25-CV-1058-YGR <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE;** <br><br> **ORDER VACATING HEARING** <br><br> RE: DKT. NO. 8. |

**TO PLAINTIFFS UNLIMITED WIRELESS COMMUNICATIONS, INC. AND EHAB IAN TAHA**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing **no later than March 31, 2025**, why your claims should not be dismissed for failure to prosecute. Defendant filed a motion to dismiss on February 10, 2025, and a response was due by February 24, 2025.[1] (Dkt. No. 8.) Litigants must actively prosecute their case. Failure to timely file responses in this case shall be deemed a failure to prosecute and an admission that good cause exists to dismiss the case without prejudice. Consequently, if plaintiff fails to timely respond to defendant's motion to dismiss, the Court will dismiss this action for failure to prosecute, and without further notice.[2]

Further, the hearing set for April 8, 2025 is **VACATED**. The Court will reset the hearing at a later date if appropriate.

**IT IS SO ORDERED**.

Date: March 17, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The case was originally assigned to Magistrate Judge Westmore. On February 27, 2025, the case was reassigned to this Court. However, by that time a responsive motion was already due. Furthermore, the clerk's notice reassigning the case explicitly stated that "existing briefing schedules for motions remain unchanged." (Dkt. No. 12.)

[2] Two defendants are named in the action. Defendant The Hartford Financial Services Group, Inc. was never served. (*See* Dkt. No. 1-3.)